The People of the State of New York, Respondent,
against
Jose Escalona-Martinez, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Steven Antignani, J.), rendered December 12, 2016, after a nonjury trial, convicting him of aggressive begging in a public place, and imposing sentence.




Per Curiam.
Judgment of conviction (Steven Antignani, J.), rendered December 12, 2016, affirmed. 
The verdict convicting defendant of aggressive begging (see Administrative Code of City of NY § 10—136[b][1]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence credited by the court established that defendant, who was dressed in costume while in Times Square, jumped into a family photograph and demanded money from the father in a way that was "intended or [] likely to cause a reasonable person" to be "intimidated into giving money" (see Administrative Code § 10-136(a)(1)(a)(ii); see also People v Ward, 47 Misc 3d 155[A], 2015 NY Slip Op 50879[U][App Term, 1st Dept 2015], lv denied 27 NY3d 1008 [2016]; People v White, 40 Misc 3d 126[A], 2013 NY Slip Op 51024[U][App Term, 1st Dept 2013], lv denied 22 NY3d 1044 [2013]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.


Clerk of the Court
Decision Date: May 13, 2020